AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-431-LO-TCB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Fahrenheit Mechanical, LLC</u> was received by me on *(date)* <u>Oct 26, 2020, 4:38 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Omar Merchant</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Fahrenheit Mechanical, LLC</u> on *(date)* <u>Tue, Oct 27 2020</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/28/2020

Jack Johnson
Process Server
Lic. No. 2037237

_____
*Server's signature*
Jack Johnson

_____
*Printed name and title*

211 W 56th St Ste. 16K, New York, NY 10019
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 27, 2020, 12:45 pm EDT at Company: 120 Broadway 36th Floor, New York, NY 10271 received by Omar Merchant. Age: 30; Ethnicity: African American; Gender: Male; Weight: 225; Height: 6'3"; Hair: Black; Relationship: CFO;

Document served: Summons and Amended Complaint